UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:

| | |
|---|---|
| JESSICA BARROW, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| THE FRESH MARKET, INC. | ) |
| a Foreign Profit Corporation, | ) |
| | ) |
| Defendant. | ) |
| _____/ | ) |
| | ) |

## **C O M P L A I N T**

**COMES NOW**, the Plaintiff, **JESSICA BARROW**, by and through the undersigned counsel, and sues the Defendant, **THE FRESH MARKET, INC.,** a Foreign Profit Corporation, authorized and doing business in Broward County, Florida (hereinafter referred to as "**THE FRESH MARKET**") and alleges as follows:

### **GENERAL ALLEGATIONS**

1. This is an action for damages in excess of $75,000.00 (Seventy Five Thousand Dollars) with diversity of citizenship between the parties pursuant to 28 U.S.C. §1332 and otherwise within the jurisdiction of this Court.

2. Venue is proper in the Southern District of Florida, Fort Lauderdale Division because the tortious conduct occurred in Broward County, Florida.

3. At all times material hereto the Plaintiff **JESSICA BARROW** was a resident of Fort Lauderdale, Broward County, Florida and otherwise sui juris.

4. At all times material hereto the Defendant **THE FRESH MARKET** was a Foreign Profit Corporation incorporated in Delaware, authorized and registered to do business in the State of Florida, and in fact doing business in Broward County, Florida.

5. At all times material hereto, the act complained of in the lawsuit occurred on August 23, 2020 at approximately 11:00 a.m. when **JESSICA BARROW** was a business invitee of the Defendant **THE FRESH MARKET,** located at 424 N. Federal Hwy., Fort Lauderdale, Broward County, Florida 33301, and was caused to slip and fall due to a liquid substance on the floor of the Defendant's store in the florist area that was caused by the Defendant and/or negligently remained on the Defendant's premises for such time as to provide reasonable notice of the dangerous condition.

### COUNT I
### NEGLIGENCE AS TO DEFENDANT
### THE FRESH MARKET

6. The Plaintiff, **JESSICA BARROW,** re-avers and re-alleges every allegation contained in the General Allegations Paragraphs 1 through 5 as if fully set forth herein and would further allege as follows:

7. On or about August 23, 2020 at approximately 11:00 a.m., the Plaintiff **JESSICA BARROW** was lawfully on the Defendant **THE FRESH MARKET**'s premises as a customer and a business invitee.

8. At all times material hereto, the Defendant **THE FRESH MARKET** was responsible for the operation, maintenance, safety, as well as the following of store policies and procedures and/or warning of dangers, at the aforementioned premises.

9. At said time and place, while in said premises, the Plaintiff **JESSICA BARROW** was caused to slip and fall in the florist area of Defendant's store at approximately 11:00 a.m. due to

water on the floor which was created by Defendant and/or that negligently remained on the Defendant's premises.

10. The dangerous condition was created by or was known to the Defendant, **THE FRESH MARKET,** or had existed for a sufficient length of time so that **THE FRESH MARKET** should have known of it.

11. The Defendant **THE FRESH MARKET** was further negligent in not correcting and/or providing adequate warning of said condition for the Plaintiff **JESSICA BARROW**'s safety.

12. As a direct and proximate result of the acts on the part of the Defendant **THE FRESH MARKET, the** Plaintiff **JESSICA BARROW** was seriously and severely injured and was thereby rendered sick, sore, lame, and otherwise disabled.

13. The Plaintiff **JESSICA BARROW** sustained injuries which were caused, activated, and/or aggravated by the incident herein sued upon, and the Plaintiff shall suffer losses and impairments in the future.

14. As a direct and proximate result of the acts of the Defendant **THE FRESH MARKET,** the Plaintiff **JESSICA BARROW** has in the past and will in the future undergo painful and extensive medical care and treatment and has in the past incurred and will in the future incur medical bills and expenses attendant to the Plaintiff's aforesaid injuries.

15. As a further, direct, and proximate result of the negligence of the Defendant **THE FRESH MARKET,** the Plaintiff **JESSICA BARROW** has in the past and will in the future suffer great pain and anguish of body and mind, as well as loss of capacity for the enjoyment of life.

16. As a further, direct, and proximate result of the negligence of the Defendant **THE FRESH MARKET,** the Plaintiff **JESSICA BARROW** has in the past sustained and will in the future sustain loss of earnings and earning capacity.

**WHEREFORE**, the Plaintiff, **JESSICA BARROW**, prays for judgment against the Defendant, **THE FRESH MARKET,** in an amount in excess of $75,000.00 (Seventy Five Thousand Dollars) together with costs, interest, and any other relief that this Court may deem just, fair, and equitable.

## DEMAND FOR JURY TRIAL

The Plaintiff herein demands Jury Trial of all issues so triable by law.

Respectfully submitted,

**FUENTES BERRIO SCHUTT**
709 East Hillsboro Blvd.
Deerfield Beach, Florida 33441
Telephone: (954) 752-1110
Facsimile: (954) 794-1212
E-service: pleadings@fuentesberrio.com
jose@fuentesberrio.com
mike@fuentesberrio.com
litigation@fuentesberrio.com

By: /s/ *Jose A. Fuentes*
   **JOSE A. FUENTES, ESQ.**
   Florida Bar No.: 592471
   **MICHAEL SCHUTT, ESQ.**
   Florida Bar No.: 539511
   Counsel for Plaintiff